NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ERIC MENTAIL ANDERSON,          )
DOC #262009,                    )
                                )
            Appellant,          )
                                )
v.                              )          Case No. 2D18-4311
                                )
STATE OF FLORIDA,               )
                                )
            Appellee.           )
_____ )

Opinion filed August 2, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

Eric Mentail Anderson, pro se.


PER CURIAM.


            Affirmed.


CASANUEVA, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.